**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CLIO HOLDINGS, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 7<br><br>Case No. 20-10080 (BLS)<br><br>(Jointly Administered) |
| Alfred T. Giuliano, Chapter 7 Trustee of CLIO HOLDINGS, LLC, *et al.*,<br><br>          Plaintiff,<br><br>    v.<br><br>LENNAR CORPORATION,<br><br>          Defendant. | Adv. Proc. No. 22-50054 (BLS) |

**STIPULATION OF VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING**

    IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and defendant, that the above-captioned adversary proceeding be dismissed, with all parties to bear their own costs and fees. An answer has been filed.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: Clio Holdings, LLC (7850); Clio Intermediate, LLC (2791); Top Master Acquisition, LLC (2670); Granite Source Acquisition, LLC (1334); Solid Surfaces, Inc. (7057); USM Acquisition, LLC (8119); Premier Surfaces Acquisition, LLC (4563).

{01865300;v1 }

Dated: December 15, 2022

| **ASHBY & GEDDES, P.A.** | **GELLERT SCALI BUSENKELL & BROWN, LLC** |
|---|---|
| */s/ Stacy L. Newman* | */s/ Michael Busenkell* |
| Don A. Beskrone ( DE Bar No. 4380)  Stacy L. Newman (DE Bar No. 5044)  500 Delaware Avenue, 8th Floor  P.O. Box 1150  Wilmington, DE  19899  Tel: (302) 654-1888  Email:  dbeskrone@ashbygeddes.com          snewman@ashbygeddes.com | Michael Busenkell (DE Bar No. 3933)  1201 N. Orange Street, Suite 300  Wilmington, Delaware 19801  Tel: (302) 425-5812  Email: mbusenkell@gsbblaw.com  *Counsel to Lennar Corporation* |
| *Special Litigation Counsel to the Chapter 7 Trustee* | |